IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00715-MSK-CBS

MARIO TAFOYA,

       Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,
a Wisconsin corporation,

       Defendant.

## ORDER DIRECTING COMPLIANCE WITH D.C.COLO.LCivR 10.1(J)

THIS MATTER comes before the Court upon the Defendant's Notice of Removal. The caption on such document fails to comply with D.C.COLO.LCivR 10.1(J).

**IT IS THEREFORE ORDERED** that all future documents filed in this action shall bear an appropriate caption in accordance with D.C.COLO.LCivR 10.1(J).

Dated this 28th day of April, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge